IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS ALLEN DARBY,

        Plaintiff,                No.  2: 12-cv-2019 JFM (PC)

  vs.

A. ENENMOH, et al.,

        Defendants.        ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.  (See Dkt. No. 10.)  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: January 31, 2013.

                              UNITED STATES MAGISTRATE JUDGE

14
darb2019.59

1